AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| RASURE, DANA L. | U.S. BANKR. COURT, N.D. OF OK | 04/28/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge-full time | ☐ Nomination Date<br>☐ Initial ✓ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

THE FEDERAL BUILDING
224 SOUTH BOULDER AVENUE
TULSA, OKLAHOMA 74103

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Director | Summer Leadership Academy |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 04/28/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 04/28/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Rental farm land, Ord, Nebraska | E | Rent | P1 | W | | | | | |
| 2. | Merrill Lynch - cash, money accounts | A | Interest | N | T | | | | | |
| 3. | Invesco Constellation Mutual Fund (fka AIM Constell, MF) | | None | | | Exchange Out | 09/17/13 | J | | Exchange to Invesco Am. - Line 54 |
| 4. | Invesco International Mutual Fund (fka AIM Inter'l MF) | A | Dividend | K | T | | | | | |
| 5. | Oppenheimer Global Fund A Mutual Fund (IRA) | A | Dividend | K | T | | | | | |
| 6. | Oppenheimer Global Fund A Mutual Fund (IRA) | A | Dividend | K | T | | | | | |
| 7. | Mass Mutual Whole Life Ins. (856) | C | Dividend | M | T | | | | | |
| 8. | Mass Mutual Whole Life Ins. (90) | D | Dividend | N | T | | | | | |
| 9. | Mass Mutual Whole Life Ins. (43) | D | Dividend | N | T | | | | | |
| 10. | Royal Dutch Shell - Spons ADR B | B | Dividend | K | T | | | | | |
| 11. | Royal DutchShell - Spons ADR A (f/k/a Shell) | B | Dividend | K | T | | | | | |
| 12. | Fellers Snider Retirement Plan-ML Self Dir. (see lines 13-17 below) | | | | | | | | | |
| 13. | ------CMA Account | A | Interest | M | T | | | | | |
| 14. | ------American Capital World Growth & Income Fd | B | Dividend | L | T | | | | | |
| 15. | ------Amer Wash Mut Inv Fd | C | Dividend | L | T | | | | | |
| 16. | ------Amer Investment C of Amer | C | Dividend | L | T | | | | | |
| 17. | ------Amer Growth Fd of Amer | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A -$1,000 or less | B -$1,001 - $2,500 | C -$2,501 - $5,000 | D -$5,001 - $15,000 | E -$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F -$50,001 - $100,000 | G -$100,001 - $1,000,000 | H1 -$1,000,001 - $5,000,000 | H2 -More than $5,000,000 | |
| 2. Value Codes | J -$15,000 or less | K -$15,001 - $50,000 | L -$50,001 - $100,000 | M -$100,001 - $250,000 | |
| (See Columns C1 and D3) | N -$250,001 - $500,000 | O -$500,001 - $1,000,000 | P1 -$1,000,001 - $5,000,000 | P2 -$5,000,001 - $25,000,000 | |
| | P3 -$25,000,001 - $50,000,000 | | P4 -More than $50,000,000 | | |
| 3. Value Method Codes | Q -Appraisal | R -Cost (Real Estate Only) | S -Assessment | T -Cash Market | |
| (See Column C2) | U -Book Value | V -Other | W -Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Vacant Lot, Owasso, OK (purchased on 5-29-02 for $125,000) | | None | | | Sold | 02/25/13 | M | E | Michael & Jennifer Swearingen |
| 19. MidFirst Accounts (X) | A | Interest | J | T | | | | | |
| 20. MFS Emerging Growth Mutual Fund, A class shares | A | Dividend | K | T | | | | | |
| 21. Oppenheimer Global Opportunities Fund A | | None | K | T | | | | | |
| 22. Oppenheimer Small and Mid-Cap Fund A | | None | | | Exchange Out | 01/17/13 | J | | to Oppen. Int'l Growth Fund (Line 55) |
| 23. Oppenheimer Real Estate Fund A | A | Dividend | J | T | | | | | |
| 24. Oppenheimer International Fund A (f/k/a Quest) | A | Dividend | J | T | | | | | |
| 25. Oppenheimer Developing Markets Fund A | A | Dividend | K | T | | | | | |
| 26. Oppenheimer Intl. Small Co. Fund A | A | Dividend | K | T | | | | | |
| 27. Oppenheimer Global Opportunities Fund A | * | None | K | T | | | | | |
| 28. Oppenheimer Small and Mid-Cap Value Fund A | | None | | | Exchange Out | 01/17/13 | J | | to Oppen. Int'l Value Fund (Line 56) |
| 29. Oppenheimer Developing Markets Fund A | A | Dividend | K | T | | | | | |
| 30. Oppenheimer Int'l. Small Co. Fund A | A | Dividend | K | T | | | | | |
| 31. Tulsa Community College Revenue Bond | B | Interest | | | Redeemed | 07/01/13 | K | | |
| 32. Tulsa OK Gen Oblig | B | Interest | | | Redeemed | 06/03/13 | L | | |
| 33. Merrill Lynch (see lines 34-35 below) | | | | | | | | | |
| 34. ------Amer Fund Inv Co of America (Mutual Fund) | | None | | | Sold | 03/18/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. ------Amer Fund Wash Mut Investors Fund | C | Dividend | L | T | | | | | |
| 36. Broken Arrow GO BE 43001 | A | Interest | J | T | | | | | |
| 37. F&M Bank Accounts | E | Interest | P1 | T | | | | | |
| 38. Lincoln Financial Group Life Ins | A | Interest | K | T | | | | | |
| 39. UBS Fin Serv (cash, money accounts) | A | Interest | J | T | | | | | |
| 40. UBS Fin Serv - FNR 2003-81 | A | Interest | | | Delivered | 05/29/13 | K | | |
| 41. UBS Fin Serv (cash and equiv) | A | Interest | L | T | | | | | |
| 42. UBS Fin Serv (cash) | A | Interest | L | T | | | | | |
| 43. UBS Fin Ser FNR 2003-113KA | A | Interest | | | Delivered | 04/26/13 | K | | |
| 44. UBS FNR 2003-86KT | A | Interest | J | T | | | | | |
| 45. Edward D. Jones & Co. (X) (see lines 46-53 below) | | | | | | | | | |
| 46. -----Johnson Cnty KS Uni Sch Dist (4.125%) | A | Interest | J | T | | | | | |
| 47. -----Johnson Cnty KS Uni Sch Dist (4.0%) | A | Interest | J | T | | | | | |
| 48. -----Caterpillar Inc. Stock | | None | | | Sold | 01/18/13 | J | B | |
| 49. -----Capital Inc. Builder Fund A | A | Dividend | J | T | | | | | |
| 50. -----Davis Fin. Fd. Cl. | A | Dividend | J | T | | | | | |
| 51. -----New Perspective Fd Cl. A | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.    -----Putnam Global Res Fd A | | None | J | T | | | | | |
| 53.    -----Edward Jones Cash Account | | None | J | T | | | | | |
| 54.   Invesco Am. Franchise Fd CL A | A | Dividend | J | T | Exchange In | 09/17/13 | J | | From Invesco Constellation m Fund (line 3) |
| 55.   Oppenheimer Int'l Growth Fund A | A | Dividend | J | T | Exchange In | 01/17/13 | J | | From Oppenh. Sm & Mid Cap F (line 22) |
| 56.   Oppenheimer Internat'l Value Fund A | A | Dividend | J | T | Exchange In | 01/17/13 | J | | From Oppenh. Sm & Mid Cap F (line 28) |
| 57.   UBS Fin. Serv. FHR 2693 MD | A | Interest | K | T | Buy | 08/22/13 | K | | |
| 58. | | | | | | | | | |

1. Income Gain Codes        A = $1,000 or less          B = $1,001 - $2,500          C = $2,501 - $5,000          D = $5,001 - $15,000          E = $15,001 - $50,000
   (See Columns B1 and D4)   F = $50,001 - $100,000     G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000
2. Value Codes              J = $15,000 or less        K = $15,001 - $50,000        L = $50,001 - $100,000         M = $100,001 - $250,000
   (See Columns C1 and D3)   N = $250,001 - $500,000     O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
                            P3 = $25,000,001 - $50,000,000                            P4 = More than $50,000,000
3. Value Method Codes        Q = Appraisal              R = Cost (Real Estate Only)   S = Assessment                 T = Cash Market
   (See Column C2)           U = Book Value             V = Other                    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 04/28/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None.

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 04/28/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ DANA L. RASURE

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544